AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>MINHTHY NGOC NGUYEN<br><br>*Defendant* | FILED 28 JUN '11 14:28 USDC-ORP<br><br>Case No.  3:11-CR-202-02-MO |

*U.S. MARSHALS 2011 JUN 23 ORIGINAL*

**UNDER SEAL**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Minhthy Ngoc Nguyen, aka Minh Thy Nguyen, Minaty Nguyen, Minthy Nguyen, Minhty Nguyen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
CONSPIRACY TO MANUFACTURE AND DISTRIBUTE MARIJUANA;
MONEY LAUNDERING;
MANUFACTURING MARIJUANA;
FORFEITURE ALLEGATION

Date:  06/22/2011

_____
Issuing officer's signature

City and state:  Portland, Oregon

M. Kirkland, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

*Handwritten notes across form:* DATE ARRESTED BY ___ BY ___ Co/22/11 Arrested by Customs/Border Protection in Sumas WA member 6/28/11 U.S. Marshal Canada